EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: 04-01436 | | Page 1 | Date: September 29, 2006 |
| Debtor Name: STEP ONE INC | | Claim Class Sequence | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|-------------------------|-------------|-------|----------------|--------------|---------------|
| A 001 3410 | BUDD & COMPANY PLC<br>505 S. JEFFERSON ST.<br>ROANOKE, VA 24011 | Administrative | | $652.50 | $0.00 | $652.50 |
| 000009 040 5800 | Jennifer J Brown, Treasurer<br>PO BOX 9048<br>CHARLOTTESVILLE, VA 22906 | Priority | 507(a)(8) taxes | $245.31 | $0.00 | $245.31 |
| 000010 040 5400 | Carolyn Price<br>179 GREENE LEA DRIVE<br>RUCKERSVILLE, VA 22968 | Priority | 507(a)(4) employee benefits | $1,935.00 | $0.00 | $1,935.00 |
| 000001 070 7100 | Verizon Directories<br>C/O D&B RMS BANKRUPTCY<br>RECOVERY<br>P.O. BOX 5126<br>LUTHERVILLE TIM, MD 21094 | Unsecured | | $1,217.50 | $0.00 | $1,217.50 |
| 000002 070 7100 | Avaya Inc.<br>C/O D&B/RMS BANKRUPTCY<br>SERVICES<br>P.O. BOX 5332<br>TIMONIUM, MD 21094 | Unsecured | | $4,517.06 | $0.00 | $4,517.06 |
| 000003 070 7100 | Shenandoah Memorial Hospital<br>759 S. MAIN STREET<br>WOODSTOCK, VA 22727 | Unsecured | | $51,325.32 | $0.00 | $51,325.32 |
| 000004 070 7100 | Curtis 1000<br>P.O. BOX 102347<br>ATLANTA, GA 30368 | Unsecured | | $3,317.69 | $0.00 | $3,317.69 |
| 000005 070 7100 | Dr. George Rodeheaver<br>845 CARLINS WAY<br>CHARLOTTESVILLE, VA 22903 | Unsecured | | $26,760.00 | $0.00 | $26,760.00 |
| 000006 070 7100 | Comdial Credit Union<br>370-B GREENBRIER DRIVE<br>CHARLOTTESVILLE, VA 22901 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000007 070 7100 | Tammy Thomas<br>1651 CROZET AVENUE<br>CROZET, VA 22932 | Unsecured | | $520.00 | $0.00 | $520.00 |
| 000008 070 7100 | Qwest Communications Corporation<br>BANKRUPTCY DESK<br>P.O. BOX 5508<br>BISMARCK, ND 58506 | Unsecured | | $3,540.99 | $0.00 | $3,540.99 |
| 000011 070 7100 | Jared C. Kleine, Dds, PC<br>P.O. BOX 330<br>MADISON, VA 22727 | Unsecured | | $762.00 | $0.00 | $762.00 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Case Number: 04-01436                               Page 2                           Date: September 29, 2006
Debtor Name: STEP ONE INC                    Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | Unsecured | | $5,637.35 | $0.00 | $5,637.35 |
| 000013 070 7100 | Dr. Gregory Whitmer, Dds 2202 N. BERKSHIRE ROAD, SUITE 102 CHARLOTTESVILLE, VA  22903 | Unsecured | | $32,959.63 | $0.00 | $32,959.63 |
| 000014 070 7100 | Cit Communiocations Finance Corp 1 CIT DR BANKRUPTCY DEPT LIVINGSTON, NJ  07039 | Unsecured | | $14,627.56 | $0.00 | $14,627.56 |
| 000015 070 7100 | Joseph J. Waff, III, Dds, PC 2202 N. BERKSHIRE ROAD, SUITE 103 CHARLOTTESVILLE, VA  22901 | Unsecured | | $2,080.62 | $0.00 | $2,080.62 |
| 000016 070 7100 | Augusta Medical Center c/o Neal L Walters ESQ PO Box 2737 Charlottesville VA 22902 | Unsecured | | $25,163.83 | $0.00 | $25,163.83 |
| 000017 070 7100 | Martha Jefferson Hosp C/O R FRAZIER SOLSBERRY, ESQ PO BOX 625 CHARLOTTESVILLE, VA  22902 | Unsecured | | $277,453.95 | $0.00 | $277,453.95 |
| 000018A 070 7100 | Downer Realty P. O. BOX 17 CHARLOTTESVILLE, VA  22902 | Unsecured | Amended by claim #20 | $18,659.20 | $0.00 | $18,659.20 |
| 000018B 070 7100 | Downer Realty P. O. BOX 17 CHARLOTTESVILLE, VA  22902 | Unsecured | | $18,659.20 | $0.00 | $18,659.20 |
| 000019 070 7100 | R H Donnelly Publishing & Advertising 5000 College Blvd Ste 201 Overland Park KS 66212 | Unsecured | | $1,477.27 | $0.00 | $1,477.27 |
| 000020 070 7100 | UVA Employees Credit Union 3300 Berkmar Drive Charlottesville VA 22901 | Unsecured | Amended by Claim 18-B | $59,976.00 | $0.00 | $59,976.00 |
| 000021 080 7200 | Pitney Bowes Credit Corporation attn: Recovery Dept 27 Waterview Dr Shelton CT 06484-4361 | Unsecured | Late claim | $3,289.53 | $0.00 | $3,289.53 |
| 000022 080 7200 | Pitney Bowes Credit Corporation attn: Recovery Dept 27 Waterview Dr Shelton CT 06484-4361 | Unsecured | Late claim | $105.28 | $0.00 | $105.28 |
| | Case Totals: | | | $554,882.79 | $0.00 | $554,882.79 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type